# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2011

Robert P. Young, Jr.,
Chief Justice

142482

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MARK D. JACKSON EL,
a/k/a MARK D. JACKSON,
          Plaintiff-Appellant,

v

SC: 142482
COA: 298054
Jackson CC: 10-000360-AW

DEPARTMENT OF CORRECTIONS,
          Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 13, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

_____
Clerk

y0516